RECEIVED
BY MAIL
SEP 2 2000
CLERK US DIST COURT
ST. PAUL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

St. Paul Surplus Lines Insurance Company, a Minnesota corporation,

Plaintiff,

vs.

American Holdings, Inc., a Delaware corporation, American Body Armor and Equipment, Inc., a Florida corporation, and DOES 1 through 100,

Defendants.

**Civ. No. 00-CV-1925 PAM/JGL**

**STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT AND EXTENSION OF TIME TO ANSWER**

Plaintiff St. Paul Surplus Lines Insurance Company ("St. Paul Surplus") and Defendant American Body Armor and Equipment Inc. ("American Body"), do hereby stipulate and agree as follows:

1. St. Paul Surplus shall file its Second Amended Complaint for Declaratory Judgment and Unjust Enrichment ("Second Amended Complaint");

2. Defendant American Body has until September 26, 2000 to respond to Plaintiff's Second Amended Complaint;

3. Defendant American Holdings, Inc. ("American Holdings") has not been served in this litigation and is therefore not a party to the Stipulation; and

4. Plaintiff's Second Amended Complaint drops all claims against American Holdings.

FILED 9-25-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: September 14, 2000

**OPPENHEIMER WOLFF & DONNELLY LLP**

By: ______________________________

Jeffrey J. Bouslog #174671
Elliott M. Flies #226956
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Fax : (612) 607-7100

**ATTORNEYS FOR PLAINTIFF ST. PAUL SURPLUS LINES INSURANCE COMPANY**

Date: September 18, 2000

**COLLINS, BUCKLEY, SAUNTRY AND HAUGH, P.L.L.P.**

By: ______________________________

Thomas J. Germscheid #123961
West 1100 First National Bank Building
332 Minnesota Street
St. Paul, Minnesota 55101
Telephone: (651) 227-0611
Fax: (651) 227-0758

**ATTORNEYS FOR DEFENDANT AMERICAN BODY ARMOR AND EQUIPMENT, INC.**

Dated:

SO ORDERED.

JONATHAN LEBEDOFF
U.S. Magistrate Judge