UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

St. Paul Surplus Lines Insurance Company, a Delaware corporation,

Plaintiff,

vs.

American Body Armor and Equipment, Inc., a Florida corporation, and DOES 1 through 100,

Defendants.

**Civ. No. 00-CV-1925 PAM/JGL**

**STIPULATION AND ORDER FOR DISMISSAL OF ACTION**

## STIPULATION

THE PARTIES HEREBY STIPULATE and agree, by and through their respective counsel, that the above-captioned action shall be dismissed in all respects pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), without prejudice, without costs to any party and pursuant to the agreement that plaintiff will not re-file this matter in federal court in Minnesota.

NOV 14 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: October 31, 2000

**OPPENHEIMER WOLFF & DONNELLY LLP**

By: ______________________________

Jeffrey J. Bouslog #174671
Elliott M. Flies #226956
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Fax : (612) 607-7100

**ATTORNEYS FOR PLAINTIFF ST. PAUL SURPLUS LINES INSURANCE COMPANY**

Date: November 9, 2000

**COLLINS, BUCKLEY, SAUNTRY AND HAUGH, P.L.L.P.**

By: ______________________________

Thomas J. Germscheid #123961
West 1100 First National Bank Building
332 Minnesota Street
St. Paul, Minnesota 55101
Telephone: (651) 227-0611
Fax: (651) 227-0758

**ATTORNEYS FOR DEFENDANT AMERICAN BODY ARMOR AND EQUIPMENT, INC.**

**ORDER**

Based upon the foregoing Stipulation of the identified parties, IT IS HEREBY ORDERED,

That the above-captioned action is hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) as to all defendants, without prejudice, and without costs to any party.

Date: November 14, 2000

BY THE COURT

THE HONORABLE PAUL A. MAGNUSON